FILED

AUG 30 2021

At _____ M    page 1
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Gary Allan Lindsley**
[You are the PLAINTIFF, print your full name on this line.]

v.

**Randy Rodriguez**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **3:21-CV-00396-JD-MGG**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Randy Rodriguez** | Roseland P/D 200 Independence Dr South Bend IN 46637 |
| 2 | [Put the names of any other defendants in these boxes.] **Bock, Terry** | Roseland P/D 200 Independence Dr. 46637 South Bend Indiana |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **2**
2. What is the name and address of your prison or jail? **Indiana State Prison 1 Park Row Michigan City, IN 46360**
3. Did the event you are suing about happen there? ○ Yes ● No, it happened at: **5419½ Ironwood Road South Bend IN 46637**
4. On what date did this event occur? **02/21/2019**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Gary Allan Lindsley Jr. on 02/21/2019 I was pulled over by Cpl. Beck Terry and Cpl Randy Rodriguez from the Roseland Police Dept. in South Bend Indiana. (2) I Gary Allan Lindsley was in the middle of doing a (PBT) Breath test when Cpl Beck Terry snatches the Breath test away from Lindsley's mouth "Before" it even Beeps. (3) Then Cpl Beck Terry states your under arrest.. I Lindsley turn and look at Cpl Beck Terry and say "what" am I being arrested for? I Lindsley then see Cpl Rodriguez the other officer running full tilt at me (4) I Lindsley am scared, so I turn and spin away to get out of Cpl Rodriguez's way. This is all on camra as well (5) I Lindsley then fall in middle of spinning to the ground, saying I don't want no smoke, this is all on camra (6) The Too officers Cpl Beck Terry and Cpl Randy Rodriguez are seen on camra cuffing my hands in hard cuff's on camra (6) Then walking me off camra, then the too officers violated my rights at Cikha Flower Church, time 3:30. (7) By then taking me off camra after being hand cuffed and using exsesive force (8) By taking me off

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)

page 3

### Claims and Facts (continued)

Camra and Beating me After Being Hand cuffed. ⑨ one officer Held me down After tripping me with leg sweep ⑩ I don't know witch officer Held me down or witch one was throwing punches. ⑪ But Both cpl Rodriguez And cpl Terry Both Asalted me with body Injurey wile using Exseive Forse wile I was Hand cuffed and off camra ⑫ The case was Trowghn out of Court Becouse I have a Wittness who seen Them Beat me wile in Hand cuffs And off Camra. I am also Asking The court to give me more Time so I can Fix my paper work ⑬ Becouse I also need to sue For Being Falsrly Charged And placed in prison with out knowing why I am Here. Under my 5th Admendment Right. Becouse if The Case I was Arested on And put in prison For ⑭ Then The Case was Trowghen out of Court, why Am I still Sitting in prison? ⑮ I Havent seen Anyone To Tell me why I am in prison or How long I got to do or Even what I am in prison For. Becouse The cases I was put in prison For Have Been dissmessed, so I Have Been wrongly Charged ⑯ Then I get sent to prison. Then The cases I am in prison For get dropped. ⑰ But I am still stuck in prison. I want To sue For Every day I am Here without knowing why. Or How long I even Have To stay Here And For what? ⑱ Then I am Asking The court

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                                        page 4

5. When did this event happen?
   - ⊙ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⊙ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ⊙ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

   Pay for me missing work for the time I was gone in prison. Pay for everyday I had to sit in prison B/c of a case that was dismissed

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Pay for me missing work for the time I was in prison. Pay for everyday I had to sit in prison B/c of a case that was dismissed. And my mental well being B/c this is taking alot out of me B/c I don't know why I am still locked up

[Initial Each Statement]
___ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
___ I will keep a copy of this complaint for my records.
___ I will promptly notify the court of any change of address.
___ I WILL NOT send more than one copy of any filing to the court.
___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
___ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 8/27/2021 at 8:00 (am)/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                              112457
Signature                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]