Pro Se 14 (INND Rev. 2/20)

page 1

FILED
OCT 18 2021
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Gary Allan Lindsley Jr
[You are the PLAINTIFF, print your full name on this line.]

v. Terry Beck and Randy Rodriguez
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:21-CV-396-JD-MGG
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Terry Beck | Roseland P/D 200 Independence Dr South Bend IN 46637 |
| 2 | Randy Rodriguez | Roseland P/D 200 Independence Dr South Bend IN 46637 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? Indiana State Prison 1 Park Row Michigan City, IN 46360

3. Did the event you are suing about happen there? ◯ Yes. ⦿ No, it happened at: 54191 Ironwood Road South Bend IN 46637

4. On what date did this event occur? 02/21/2019

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. I Gary Allan Lindsley 58, was pulled over on 02/21/2019 by the Portland police. Cpl Beck Terry and Randy Rodriguez. Because of a traffic complaint (2) or changing lanes without signaling. Which is a traffic violation. (3) I Gary Lindsley was then givin a Fild test, and givin P.B.T test. By Cpl Rodriguez before the P.B.T even beeped it was snatched away from Gary Lindsley's mouth (4) I Gary Lindsley was then placed under arrest and falsely charged with 35-44.1-3-11(a)(1) - 35-44.1-3(a)(4) Resisting law enforcement and (2) counts of Intimidation - 35-45-2-1(a)(1) same as 282 but where Threat i6'f, 9-30-5-1 also was charged with O.W.I. (5) I Gary Lindsley was Booked into the St Joseph County Jail on 02/21/19 and charged with these charges above (6) Due to these false charges I Gary Lindsley was then in violation of my parol (7) I Gary Lindsley bonded out and got a lawyer who found a witness who seen officers Randy Rodriguez and Terry Beck take me off camra and beat me (8) Then false chrg. me. so on case # 71D08-1902-F6-000191 the shff

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                          page 3

## Claims and Facts (continued)

Never went to tryal. So on the 25th day of January, 2021 The case was dismissed out of Judge Cardwell Hurley's Court. ⑧ I Gary Lindsley was Arrested wile in Judge Hurley's Court Room. Due to a parol violashion Because of these charges, that where dissmissed. ⑩ But parol never let me out of prison or even seen me to tell me why I am still locked up in Indiana State prison ⑪ Becouse if the charges that violted my parol where droped How and why Am I Being Held in prison in the First place? ⑫ I Have Been in prison now for going on 2 years now, Because of the Charges that cpl Beck terry And Barty Rodriguez Charged me with and was trown out ⑬ So I Gary Lindsley Am Being Held in custody with out Any probable cause, Because the Charges where trown out of Court, And not vseing a turn single wile switching lanes is a Trafric violation ⑭ Not A Arrestable offence ⑮ I Gary Lindsley Am Still in the I.DOC without seeing parol or knowing why I am even still here ⑯ The Reason For Gary Lindsley's Continued State custody is unnown to Him at This Time. And Has Been since the probable cause was A Trafric violation. And parol never seen or talked to Gary As of 10/8/21 For over 1½ years After Cases He violated on was droped He don't know. ~~Thats what this complant is About~~

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                     page 4

5. When did this event happen?
   ◉ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ◉ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ◉ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Pay for me missing work for so long
   Pay for mental Abuse, pay for wasting
   more of my Time and life
   Pay for Putting my life in danger
   let me out of prison

[Initial Each Statement]
   _____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _____ I will keep a copy of this complaint for my records.
   _____ I will promptly notify the court of any change of address.
   _____ I WILL NOT send more than one copy of any filing to the court.
   _____ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   _____ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 10/8/2021 at 2:00 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____                               112457
   Signature                                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]